# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# 19 CV 6086

WI*1SON - LUGO (241-17-05408)

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

THE City of New York, Sasha
BRUGAL #265, JOSE VALDEZ #1842
P.O. PEDRO GOMEZ #580, - P.O. John
DOE, N.Y.P.D. 42nd precint. et.al (in-official / Personal Capacity)

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Wilson                              LUGO
First Name            Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (If you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

(#241-17-05408)   N.Y.S.I.D #0911·44·27Q

Current Place of Detention
G.R.V.C.-Riker's Island-

Institutional Address
09-09-Hazen ST, E.ElmHurst, New york
County, City                    State          Zip Code
                                               11370

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   Sasha    Brugal    ( #265 )

First Name          Last Name          Shield #

Current Job Title (or other identifying information)
New York City Police Officer

Current Work Address                                    Command
42nd. Precint, Bronx, N.Y. Squad

County, City                State                Zip Code

Defendant 2:

First Name          Last Name          Shield #

Jose   Valdez   ( #1842 )

Current Job Title (or other identifying information)
New York City Police Officer

Current Work Address
42nd Precint, Bronx, N.Y.

County, City                State                Zip Code

Defendant 3:

First Name          Last Name          Shield #

Pedro   Gomez   # 580

Current Job Title (or other identifying information)
New York City Police Officer

Current Work Address
42nd Precint, Bronx, N.Y.

County, City                State                Zip Code

Defendant 4:

First Name          Last Name          Shield #

City of New York   #

Current Job Title (or other identifying information)
New York City Police Officer

Current Work Address
42nd Precint, Bronx, N.Y.

County, City                State                Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: 1016-Washington, Ave -And- 164TH ST, Bronx, N.Y.

Date(s) of occurrence: September 6th, 2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On September, 6TH, 2017 at Approx. 1:30 in the County of Bronx, New York, I, Plaintiff, Wilson Lugo, had Just Exited Out of a Building Visiting some family and friends at 1016-Washington ave And, 164TH-ST. upon me Working on 164th Towards Third Ave, I observed a Black Chevorlette Impala Jump upon the sidewalk side I was Working on, and Accelerated it's speed Heading directly Towards me. As it Quickly come upon the Side Walk Approaching Me, I didn't Have time or the Opportunity to Protect my Self. The Vehicle Violently Slammed into my Left-Side Pelvis Area, with that Type of impact I Lost Balance and fell to the Ground, I forced myself to Get up, Due to the fear Anxiety attack and unknown identification of who was assaulting me. I feared for my Life and Safety.

" SEE ATTAched
CONTINUATION
STATEMENT
OF
FACTS!!!!! "

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Severe Excruciating Pain in my 1    side, hip And, Unbearable pain in my Pelvis Area. Blurry Vision in Right Eye, Possible Torn muscles in Back, And, Neck, Migraine Headaches.

Mental Anxiety Attacks, Psychological pain a suffering. emotional distress, 1

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking to have a Civil Trial held against The Named Defendants, and, if my Claim is Proven to be Facts. I would Like to have each defendant held Liable for my injury's. and TO Be Reasonably Compensated along With Punitive Damages Accountability Attributed to each defendant. I want each defendant to be held Accountable in Their" Official, And, Personal "Capacities. Plaintiff Seek's $3.5 million
U.S, Dollars.

## "STATEMENT OF FACT'S"

#1.)     On September,6th,2017 at approxiametly 1:50 in the County

of the Bronx,New York I plaintiff WILSON LUGO,had just

exited out of a building from visiting a family friend

at 1016 Washington Avenue & 164th Street. Upon me walking

on 164th street towards Third Ave,I observed a Black

Impala Chevorlette vehicle jump the sidewalk I was on.

And,had accelerated its spread speed heading directly

towards me.

#2.)     As it quickly came upon the sidewalk approaching me,I

didnt have time or the opportunity to protect my self.

The vehicle violently slammed into my left side Pelvis

Area with that type of Impact I lost balance and fell to

the ground,I forced myself to get up,Due to the Fear

anxiety attack and unknown identification of who was

assaulting me.I feared for my life & Safety.

#3.)      As I manage to get away from my assailants, since I was

totally under the impression I was being targeted for a

random assault attack or, possible Robberry attempt. So I

ran towards 164 th Street. As I began to ru¤ a plainclothe

N.Y.P.D. Detective who had never identified himself to

me as a Police Officer grabbed me from behind & started

to slammed me brutally upon the sidewalk concrete pavement.

#4.)      I hit the sidewalk pavement head first, and began to fall

on top of me, pinning me tothe surface. Within seconds my

face, head & back became a punching bag for all the public

and gathering police officers involved in the unnecessary

use of execessive force(ASSAULT). They(Four)police officers

were all dressed in civilian plain clothes, continued to

join in on the assault & escalate the matter instead of

quelling the incident from risiing any further.

#5.)    I  was next escorted to the 42nd Precint and placed under

arrest.Where I was held for"72" hours without  being

officially arraigned into criminal court for the allegation

Throughout that time I was denied medical assistance for

approxiametly(2)day's  until E.M.S. medical personnel had

finally  arrived and commenced to examine my injuries.

#6.)    During that period in the precint I was deprived of the

basic health necessities such as"FOOD" & "WATER" as an

means to torture and humiliate me .Also, as a means to

extract a criminal statement,Confession,or incriminating

information out of me to bolster the case & its arrest

evidence.I was also, denied the right to use a"TELEPHONE"

to contact my family & Defense Attorney.

#7.)    The primary reason I was subjected to this type of mis-

treatment is due in part to the warrantless arrest made

by these defendants.Which was deemed illegal after the

"24" period of detention had came to it's toll.I was held

for a extensive"40" plus hours after being admitted  into

N.Y.P.D. custody.and not arraigned upon the alleged charges

as it is so mandated by C.P.L.#140.20.

<u>"CONTINUATION OF PARAGRAPH#7"</u>

The defendants had filed a falsified statement report that

claimed I(PLAINTIFF)was seen a"few Hour's" after arriving

at the 42nd Precinct station house.A single careful review

of the documented"<u>E.M.S. MEDICAL TREATMENT REPORT/FORM</u>"

reflects upon said documentation that detective JOSE VALDEZ,

#1842 had completed the same document alleging that the

Medical treatment report/form was completed on September,6th,

2017.

But,upon the E.M.S.-document examiner report it has

been technically dated as of September,8th,2017"NOT" September,

6th,2017 as detective VALDELZ#1842 has proclaimed to be a false

Fact.See,Exhibit"A"Also,Defendant SASHA BRUGAL#265 had interfered

in the medical technicians examination of plaintiff WILSON LUGO,

in the 42nd Precinct who directed the E.M.S. medical physicians

discontinue the treatment because they wa nted to get plaintiff

to the Bronx Criminal Court house on time,which was a facade.

#8.)    I was initially denied medical assitance treatment but,after

several long hours of me complaining to the precint desk Sgt.

he had alerted"E.M.S.medical technicians who arrived & assist-

ed me with my notable injuries.The defendants have denied the

plaintiff medical assistance immediately after the assault on

him was carried out on him less than a hour thereafter.that

denial is a characteristic "Medical Negligence" &"Failure to-

Protect" in violation of Pursuant to his 8th & 14th U.S.C.A.

Rights.

#9.)    See,Annexed Exhibit"A".(Medical Treatment Of Prisoner Form).

As I was admitted into the New York City Department of Corr-

ections at Riker's Island I was given additional medical

treatment follow up.Which I recieved pain killers medication

(IBUPROFEN) and also,Pyschiatric Medication to treat the medical

traumatical effects I had experienced at the hands of the N.Y.-

P.D. arresting police officer's.The medical diagnosis was later

issued & determined to be attributed to Mental anguishment &

Depression of anxiety attacks symptoms.Medicine recommended for

diagnosis is"RIMROM".

#10.)   There is video surveillance foootage content of the incident

in question which was preserved for discovery.The video is

directly apart of the ar resting police officers uniform body

cameras for investigation & arrest purposes.

#11.)    Plaintiff WILSON LUGO,defense attorney MITCHEL IGNATOFF,Esq.

has a courtesy copy of the video surveillance assault incident

which he recieved from the prosecutor in the case N.Y.P.D.

effected their arrest upon.Defense counsel is practicing

currently at the law firm address of:42 West 44th Street,

New York,New York,10028(Tele#646-598-9460).

#12.)    Subsequently,thereafter I filed a grievance complaint for

assault & battery of official misconduct against the group

of arresting police officers involved in the incident to

the New York City Civilian Complaint Review Board(C.C.R.B.)

informing them of the incident and requesting for a probe.

As of the date of this complaint being filed I am awaiting

for the conclusion of their investigation results.See,Exhibit

"B".

#13.)       DEFENDANT#1.)THE CITY OF NEW YORK-AUTHORITY MUNICIPALITY

DEFENDANT#2.)P.O.SASHA BRUGAL,#265-(DETECTIVE)42ND PRECINT
                                                    BRONX NEW YORK

DEFENDANT#3.)P.O.JOSE VALDEZ,#1842-(DETECTIVE)42ND PRECINT
                                                    BRONX NEW YORK

DEFENDANT#4.)P.O.PEDRO GOMEZ,#580-(DETECTIVE) 42ND PRECINT
                                                    BRONX NEW YORK

DEFENDANT#5.)P.O.JOHN DOE,#????-(DETECTIVE)42 PRECINT
                                                    BRONX NEW YORK


PLAINTIFF,WILSON LUGO,CITES THE NAMED DEFENDANTS IN SEQUENCE

ORDER,HOWEVER,PLAINTIFF RESERVES THE RIGHT TO STATE THE NAMES OF

UNKNOWN DEFENDANTS WHO PARTICIPATED IN THE INCIDENT AS OF THE

DATE OF THIS FILING AS"JOHN DOE/JANE DOE" UNTIL DISCOVERY IS

MADE AND SAID UNKNOWN PARTICIPANT ARE LATER IDENTIFIED HEREIN

THIS 42 U.S.C.#1983 CIVIL RIGHTS VIOLATION COMPLAINT FILED IN

THE SOUTHERN DISTRICT COURT OF NEW YORK RESPECTFULLY.

## "CAUSE OF ACTION FOR 42 U.S.C.#1983 COMPLAINT"

#1.)    This Civil Rights Violations complaint filed under 42 U.S.C.

1983 is being predicated on a issue of a Federal Question:

That falls within the constitutional vessels of the plaintiff

8th & 14th United States Constitutional Amendments.A provision

that was deliberately abridged by the defendants named herein.

#2.)    Each named defendant acted a individual in the personal and

official capacity's as a agent of the State cloth within the

governmental obligations while acting under the Color of the

State Law.Who deliberately inflicted harm & injuries upon the

plaintiff WILSON LUGO,in a wanton,capricious & arbitrary manner.

Which as a result caused the plaintiff to suffer permanant

injuries damages to his physical person(s) by the defendants

using complete unnessary execessive use of force on September,

6th,2017 in attempt to secure the plaintiff for arrest.

#3.)      The plaintiff WILSON LUGO,never resisted arrest during this

violent encounter with said defendants.It was never stated

in the arresting police officers arrest report that the

plaintiff had intentions to harm them,escape or resist in

moments & time leading up to the apprehension.That would

perhaps explaint by a show of facts that the use of force

necessary & justified.

# 4.)    The use of force was totally unnecessary & excessively

flagrant in nature.The conduct rises to the level of cruel

& Unusual Punishment,along with deprivation of Due Process

to equal protection to the Law.(FARMER v.BRENNER, 511 U.S.

825)(WOLFF v. McDONNELL,418 U.S. 539)

#5.)    The defendants are 100% liable for plaintiff injuries in

the sole capacity that several actually participated in

the assault while the other defendants stood by failing to

deescalate the injustice act set upon the plaintiff.The

others  are JOHN DOE,due to failure to disclose their

identity's after the incident was quell.

#6.)   Plaintiff WILSON LUGO,demands herein that a If,the defendants

are held liable by and on the applications of the Law,there

after said civil trial has came to a conclusion,Plaintiff

indubiously,request's & "DEMAND" that the judgment./compensation

for said tort/injuries be made in the sum amount of$3.5,000.000,

Million U.S.Dollars,as well as PUNITIVE DAMAGES in the amount

of $5.3,000,000, Million U.S.Dollars.

Respectively,Submitted

PLAINTIFF,
WILSON LUGO,#
G.R.V.C.
09-09 HAZEN STREET
E.ELMHURST,NEW YORK,11370

"EXHIBIT -"A"

#1.)   "PLAINTIFF WILSON LUGO MEDICAL TREATMENT OF PRISONER REPORT".

**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev. 12-99)-Pent-RMU

**SECTION I - TO BE COMPLETED BY N.Y.P.D.** | Date 9/6/19

Prisoner's Name (Last, First, M.I.) (Print)
Luse, Wilson

Address: Homeless | Street | Zip Code | Apt. | Telephone No. | Age 40 | Sex M

Arresting Officer: Rank (Print) Name (Last, First, M.I.) | Signature 2019 SEP 8 A | Shield No. | Tax Reg. No. | Command

Arrest No. | Cmd. Of Arrest | Charge

Escort Officer: Rank (Print) Name (Last, First, M.I.) IDOT Valdez, Jose | Signature | Shield No. 1842 | Tax Reg. No. 940823 | Command 042

Prisoner Requests/Requires Medical Aid ☑ Yes ☐ No | Prisoner Refused Medical Aid ☐ Yes ☐ No | Date | Time | Prisoner's Signature

Transported To Hospital (Name) N/A | Date | Time | Via Patrol Wagon # | RMP # | ACR # | PCR #26236 | Operator Rank (Print) Name (Last, First, M.I.) Pui2 #5712

Returned From Hospital | Date | Time | Attempted Suicide ☐ Yes ☑ No | Nature Of Illness/Injury Bruising To right side of stomach | If Injury ☐ Old ☑ New

Restraining Devices Used ☐ Yes Type____ | E.S.U. Responded ☐ No ☐ Yes ☑ No | If Yes, Respondent's Rank (Print) Name (Last, First, M.I.)

Prescription Medication ☐ Yes | Prescription Number And Name Of Physician | Pharmacy / Phone No. | Property Clerk Invoice No./Cmd.

Possessed At Arrest ☑ No

Remarks:
Deft is complaining of pain to right side of lower side of stomach and small Pain to right eye

Prisoner Refused Medical Aid In The Field ☐ Yes ☑ No | Prisoner Refused Medical Aid At The Command ☐ Yes ☑ No | Prisoner Refused Medical Aid Within The Court Section ☐ Yes ☐ No | Recommend Prisoner Be Separated From General Population ☐ Yes ☐ No

E.M.S. Field Personnel: Print Name (Last, First, M.I.) | Shield # 2896 | OCB 9IE | Time 1150 | Refer To Hospital Emergency Room ☐ Yes ☐ No

E.M.S. Court Section: Print Name (Last, First, M.I.) | Shield # | | | Refer To Hospital Emergency Room ☐ Yes ☐ No

NYPD Supervisor/Desk Officer: Rank (Print) Name (Last, First, M.I.) | Signature | Cmd. Of Arrest/Court Section | Date | Time

**SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF**

Admitted To Hospital ☐ Yes ☐ No | Suicide Watch Recommended By Hospital Staff ☐ Yes ☐ No | Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff ☐ Yes ☐ No | Medication Prescribed ☐ Yes ☐ No | Medication To Be Taken As Prescribed ☐ Yes ☐ No

Medication To Travel With Prisoner ☐ Yes ☐ No | Refer To Psychiatric Hospital ☐ Yes ☐ No

Print Name (Last, First, M.I.) | Signature | Title | Date | Time

NYPD Court Section Supervisor: Rank (Print) Name (Last, First, M.I.) SSI Heinzartz | Signature | Court Section DXCS | Date 9/8/19 | Time 0215

Received By Department Of Correction: Rank (Print) Name (Last, First, M.I.) | Signature | Shield / I.D. # | Date | Time

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK - DEPT. OF CORRECTION. 4. BUFF - CMD. OF ARREST. 5. GREEN - ARRAIGNING JUDGE.
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.

"EXHIBIT -"B"

#2.) "PLAINTIFF WILSON LUGO CIVILIAN/GRIEVANCE COMPLAINT TO C.C.R.B."

FROM:Mr.WILSON LUGO,# 241-17-05408
      G.R.V.C.
      09-09 HAZEN STREET,
      E.ELMHURT,NEW YORK,11370


TO :NEW YORK CITY CIVILIAN COMPLAIN REVIEW BOARD
    ADMINISTRATIVE OFFICE,
    100 CHURCH STREET,10 FLOOR,
    NEW YORK,NEW YORK,10277-1954

                        Dated:March,5th,2019

Sub:"RECENT COMMUNICATION-REQUEST FOR PROBE INTO N..Y.P.D.MISCONDUCT-
                FOR"ASSAULT & BATTERY"UPON CITZEN/PRISONER"


Dear,Sir/Madam,

            PLEASE BE KINDLY ADVISED,as of the date of

this letter to your area office regarding the above subject.

I am writing this letter to have your area office probe a

complaint filed against several N.Y.P.D. officer's for an

"ASSAULT & BATTERY" incident that occurred out of the 42nd

Precint vicinity area in the County of the Bronx,New York,

           On September,6th,2017 at approxiametly 1350

Hours at the location of 1016 Washington Ave & 164th Street,

I was walking in the direction of Third Ave when all of

sudden a unmarked detective Black Impala Cheverolette

Vehicle has accelerated it's speed level and came towards

Me,It suddenly leaped upon the sidewalk that I was walking

on and headed directly to me.I attempted to move out of

the way,But,unfortunatelty I never made it quick enough,


The Vehicle had violently struck me in my right side pelvis

area causing me to lose balance and fall upon the ground pavement

pavement.I next tried to get up on my feet and was tackled

down back to the ground by several Police officers who was

dressed in plainclothes attire garments.All the while they

never stated prior to encountering me that they are members

of the ₊42nd Precint command N.Y.P.D.

Seconds later I was immediatelty experiencing several fist

Feets,kicking me punching on me elbowing me back to the ground

Brutally being beaten on without a single word of announcing

themselfs as N.Y.P.D.

I finally gave inn to the assault & battery attck and asked

to please! stop!!!. After about(2)minutes so to speak they stop

and placed me in Metal restraints handcuffs.


I was taken to the vehicle that struck me and place inside,

all the while I was profusely bleeding and accrued several

laceration markes all over my body.I requested to see a

Doctor or be taken to a area hospital,but,that request was

blantly denied.Until several hours went by at the precint

and I continued to request for medical assistance desk Sgt.

contacted Medical assistance "E.M.S." who arrived and gave

me minimum treatment.See,Exhibit"A" N.Y.P.D.-Medical Treat-

ment Form of Prisoner.


I was arrested for a alleged charge of Assault upon a person

on September,6th,2017 I was denied"FOOD & WATER" and was held

in the Precint for"72" hours arrest date 9/6/17 My Court date

for arraignment was on 9/9/17 check Bronx County Criminal Court

Administrative Records for verffication.

Where thihs arrest and brutal assault occurred was also   -

captured on video surveillance ffootage tapes in that vicinity

particularly on 164th Street and third ave:

I was not aware of whom to report this assault to other than

my defense attorney Mr.MITCHELL E.IGNATOFF,Esq.of:42 West 44th

Street,N.Y.N.Y.10028(Tele#646-598-9460).

My attorney has knowledge of this incident and a copy of the

Video was given to him by the  Assistant District Attorney

Prosecuting the case I being held on in Bronx County New York,

It has been over a year but,I can without question prove my

allegations which are preserved on a DVD.with The Supreme Court

County Clerk Administrative Office of recordds.I am a layman

in terms of knowing the law & its procedure of operations.

I was severely timid & afraid of pursuing these allegations

against N.Y.P.D. I was thinking they might upgrade my charge?

offer me too much time? a lot of things cross my mind,so I

am coming forward NOW!!! could you PLEASE! grant me a future

interveiw

The police officers who assaulted me are as follows:

#1.)P.O.SASHA  BRUGAL,#265(42nd Precint Bronx N.Y.)

#2.)P.O.JOSE VALDEZ,#1842(42nd Precint Bronx,N.Y.)

#3.)P.O.PEDRO GOMEZ,#580(42nd Precint Bronx,N.Y.)

#4.)P.O.JOHN DOE,#????(42nd Precint Bronx,N.Y.)


These are the party's responsible for carrying out the

ASSAULT & BATTERY against me on September,6th,2017 I

sincerely appreciate it if you grant me this interveiw

to  expose this official misdeed of these foul police

individuals who needs to be held accountable for my injuries.


          Your time & effort that you spend in

this matter of mine will be kindly & sincerely appreeiated

          Thank You!

                    Respectively Submitted

                    COMPLAINANT/GRIEVANT
                    WILSON LUGO,
                    G.R.V.C.
                    09-09 HAZEN STREET
                    E.ELMHURST,NEW YORK,11370

Sworn to before Me this 23 Day of
March,2019

_____
   NOTARY PUBLIC

.c./



FOR COMPLAINTS AGAINST MEMBERS OF THE NYC POLICE DEPT. ONLY

## COMPLAINT REPORT — CIVILIAN COMPLAINT REVIEW BOARD

**Instructions.** You may file this report by:
(A) Delivering it in person to the Civilian Complaint Review Board (CCRB); or
(B) Mailing it (postage pre-paid) to the CCRB; or
(C) Telephoning the CCRB at 1-800-341-CCRB; or
(D) Filing it at any police precinct station house (obtain filing receipt).

**1. COMPLAINANT** Last Name: LUGO, First Name: WILSON, MI: , Home Phone: N/A, Business Phone: N/A

Address (Home/Business): G.R.V.C-09-09, Apt. No., City: Hazen St., State: E. Amherst, N.Y., Zip Code: 11320, Date of Birth:

Optional/For statistical purposes only: Sex: (✓) M ( ) F   Race/Ethnicity:

**2. Did you witness the incident complained of?** (✓) Yes ( ) No

**3.** If you are filing a complaint on behalf of someone else, what is your relationship, if any, to the person(s)?
( ) Parent ( ) Spouse ( ) Relative ( ) Guardian ( ) Child ( ) Friend ( ) None ( ) Other "Victim"

**4.** Please provide as much of the following information as you can about the person(s) on whose behalf the complaint is filed and any witness(es) to the incident. (Use other side of page if necessary):

**a.** (✓ VICTIM) ( ) WITNESS   Last Name: LUGO, First Name: WILSON, MI: , Home Phone: N/A, Business Phone: N/A

Address (Home/Business): G.R.V.C-09-09, Apt. No., City: Hazen St., State: E. Elmhurst N.Y., Zip Code: 11320, Date of Birth:

Optional/For statistical purposes only: Sex: ( ) M ( ) F   Race/Ethnicity:

**b.** ( ) VICTIM ( ) WITNESS   Last Name, First Name, MI, Home Phone, Business Phone

Address (Home/Business), Apt. No., City, State, Zip Code, Date of Birth

Optional/For statistical purposes only: Sex: ( ) M ( ) F   Race/Ethnicity:

**5.** September, 6th, 2017 -   Date and Time of Incident

1016-Washington Ave, Bx. N.Y.   Location of Incident (Including borough)

**6.** Identification of police officer(s) complained of (if unknown, provide physical description of officer(s) or type of duty performed; such as dressed in uniform or in civilian clothes; foot, scooter or auto patrol; detective). Also identify officer(s) at the scene who are not complained of. (Use other side of page if necessary):

| Rank | Name | Precinct/Command | Patrol Car # | Shield # |
|------|------|------------------|--------------|----------|
| Det | Sacha Bergol | 42 nd | | #265 |
| Det | Jose Voldez | 42 nd | | #1842 |
| Det | Pedro Gomez | 42 nd | | #580 |

ETC.

**7.** Description of the incident in as much detail as possible. (Use other side of page if necessary):

See, Attached
Statement
or
Tenn's!"

**8.** I have read the foregoing complaint and the contents thereof are true to the best of my knowledge and information.

COMPLAINANT'S SIGNATURE   March, 2019   DATE

SEAL WITH TAPE

DO NOT WRITE IN THIS SPACE

- - - - - - - - - - - - - - - - - - - - - - - FOLD HERE - - - - - - - - - - - - - - - - - - - - - - -





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 6364     NEW YORK NY

POSTAGE WILL BE PAID BY ADDRESSEE

CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH ST FL 10
NEW YORK NY 10277-1954

- - - - - - - - - - - - - - - - - - - - - - - FOLD HERE - - - - - - - - - - - - - - - - - - - - - - -

(Write additional information below if necessary)

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March, 25th, 2019
**Dated**

Wilson                    Lugo
**First Name**          **Middle Initial**          **Last Name**

G.R.V.C.                              (#241-17-05408)
**Prison Address**

09-09 Hazen Street, E. Elmhurst N.Y. 11370
**County, City**                              **State**                              **Zip Code**

Date on which I am delivering this complaint to prison authorities for mailing: March, 25th 2019

FROM: Vilma Lugo bin#19A1669
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NEW YORK 12929

Clinton

LEGAL MAIL

06/26/2019
US POSTAGE $001.75⁹

RECEIVED
2019 JUN 27  PM 2: 58   Correctional Facility
CLERK'S OFFICE
S.D.N.Y.

Pro Se
EK

SDNY

TO: United States District Court
Southern District OF NEW YORK
U.S Court house
Foley Square, 40 Centre St.
New York, New York 10007-1581

LEGAL MAIL