RECEIVED
SDNY PRO SE OFFICE
2019 SEP 12 AM 11: 16
S.D. OF N.Y.

Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

September 6, 2019

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Lugo v. City of New York, et al., 19-CV-6086 (VSJ)(BM)
    Application for Enlargement of Time (FRCP Rule 6[B])

Dear Judge Broderick:

Please accept this letter as formal application for permission for an enlargement of time pursuant the Federal Rule and Civil Procedure Rule 6(B), ("FRCP") effectuate service in accordance with the Court's order dated July 10, 2019.

In accordance with the your honor's order, service, with the assistance of the U.S. Marshall is to be completed 90 days after the issurance of the summons. I have received two Process and Receipt Forms (US Marshall Service Forms attached) indicating that process could not be served on the following defendants:

1. Police Officer Pedro Gomez (shield #580) (alleged no one with that name assigned to the 42 Precinct);

2. Police Officer Sasha Brugal (shield #265) (alleged the officer no longer works at the 42 Precinct).

However, Defendant Police Officer Jose Valdez (shield # 1824) has been served with process. On August 8, 2019, Giancarlo Martinez, Assistant Corporation Counsel, on behalf of the Office of Corporation Counsel of the City of New York, has filed a Notice of Appearance for the interested party.

Based on the forementioned, I respectfully ask for the court's order to direct the Office of the Corporation Counsel of the City of New York to either:

(1) provide the U.S. Marshall with the current employment address or home address (which the Defendant City of New York Police Department maintains past and current personal employee records on file per policy, or its current employee or duty roster) for the both Defendants Police Officers Brugal and Gomez; or

(2) the Office of the Corporation Counsel accept service on behalf of both Defendants Police Officers Brugal and Gomez taking into account that neither U.S. Marshall Process Receipt Forms indicate that defendants no longer work for the Defendant City of New York's Police Department.

Furthermore, I wish to inform the Court that I will need its assistance in accordance with Valentin v. Dinkins, 121 F.3d 72(2nd Cir. 1997) to obtain the true identity of John Doe (one four to five officers who participated in the excessive use of force perpetrated against me) and amend my complaint (FRCP, Rule 15) and effectuate service of process (FRCP Rule 4[m]).

For the foregoing reasons, I respectfully ask the Court to grant my application for an enlargement of time and direct the Defendant City of New York's Corporation Counsel to provide the necessary addresses to serve process, or in the alternative accept process of service..

Respectfully submitted,

Wilson Lugo
#19-A-1669

I, Wilson Lugo, certify that the forgoing (Letter Application for an Enlargement of Time to Effectuate Process) was served in accordance with FRCP Rule 5, by mailing an original copy thereof this 9 day of September 2019, to:

Zachary W. Carter
Corporation Counsel of the
City of New York
Department of Law
Special Federal Litigation Division
100 Church Street
New York, NY 10007

By depositing document in a mail box at: Clinton Correctional Facility, P.O. Box 2001, Dannemora, NY 12929.

I declare under the penalty of perjury, pursuant to 28 USC § 1746 that the foregoing is true and correct.

Wilson Lugo
#91-A-1669

cc: file

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Wilson Lugo | **COURT CASE NUMBER** 19cv6086 (VSB) |
| **DEFENDANT** Aygemong et al | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Police Officer Pedro Gomez #580

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
42nd Precinct 830 Washington Ave Bronx, New York 10451

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Wilson Lugo DIN No. 19A1669
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.: 2

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 7/11/2019

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 054
District to Serve No.: 054
Signature of Authorized USMS Deputy or Clerk
Date: JUL 1 2 2019

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/23/19  Time: 10:00 ☒ am ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: #4416

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $73.00 | $13.22 | | $86.22 | | |

**REMARKS**

JUL 1 2 2019 - Set up for mail ser.
8/19/19 set up for P/S
8/23/19 - No one with that name works at location. Unable to serve.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

19-6086-4

Form USM-285
Rev. 11/18

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wilson Lugo | 19cv6086 (VSB) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Aygemong et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Police Officer Sasha Brugal #265
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
42nd Precinct 830 Washington Ave Bronx, New York 10451

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Wilson Lugo DIN No. 19A1669
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 7/11/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 14 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date: JUL 1 2 2019

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/23/19  Time: 10:00 ☒ am ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $73.00 | $13.22 | | $86.22 | | |

REMARKS:
JUL 1 2 2019 - Set up for mail ser.
8/19/19 - Set up for PIS
8/23/19 - No longer works at location. unable to serve.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

19-6086-3

Form USM-285
Rev. 11/18

Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

September 9 , 2019

Zachary W. Carter
Corporation Counsel of the
City of New York
Department of Law
Special Federal Litigation Division
100 Church Street
New York, NY 10007

Re:  Lugo v. City of New York, et al., 19-CV-6086 (VSJ((BM)
     Application for Enlargement of Time (FRCP Rule 6[B])

Dear Mr. Carter:

Please find a copy of my application for an enlargement of time to service process and learn identity of John Doe or John Does in relations to the above referenced action.

Thank you for your consideration.

Wilson Lugoo
#19-A-1669

cc:  file

*[Envelope image]*

PRO-SE INTAKE

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Wilson Lugo        DIN: 19A1669

Clinton Correctional Facility

NEOPOST
09/09/2019
US POSTAGE $006.70
ZIP 12929
041M11272305

TO: Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

2019 SEP 12 AM 11:05