

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**GIANCARLO MARTINEZ**
*Assistant Corporation Counsel*
Phone: (212) 356-3541
Fax: (212) 356-3509
Email: gmartine@law.nyc.gov

October 9, 2019

**BY E.C.F.**
Honorable Judge Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Wilson Lugo v. City of New York, et al., 19-CV-6086 (VSB)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and the attorney assigned to the defense of the City of New York in the above-referenced matter. In that capacity, the undersigned respectfully writes to update the Court on the status of the pending Civilian Complaint Review Board ("CCRB") investigation into the alleged incident which forms the basis of this lawsuit.

On September 10, 2019, Your Honor granted a stay in this case, pending the resolution of the CCRB investigation and ordered the undersigned to provide a status update to the Court no later than October 9, 2019, and every thirty days thereafter. (DE 16). At the time of this writing, the CCRB investigation into this incident is still pending. The undersigned will provide the Court another status update in thirty days or upon completion of the CCRB investigation.

Respectfully submitted,

/s/
Giancarlo Martinez
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007
(212) 356-3541

cc:    **Via <u>FIRST CLASS MAIL</u>**
Wilson Lugo, DIN #19-A-1669
*Plaintiff Pro Se*
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929