

| JAMES JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GIANCARLO MARTINEZ<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3541<br>Fax: (212) 356-3509<br>gmartine@law.nyc.gov |
|---|---|---|

November 4, 2019

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Wilson Lugo v. City of New York, et al.</u>, 19-CV-6086 (VSB)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the City of New York in the above-referenced matter. In that capacity, the undersigned respectfully writes to respond to the Court's September 4, 2019 Order pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997), which directed this Office to identify the service addresses where defendants Detective Sasha Brugal and Detective Pedro Gomez may be served. (DE 14)

      Detective Sasha Brugal, Shield #240, may be served at the Bronx Homicide Task Force Squad, 1086 Simpson Street, Bronx, NY 10459. Detective Pedro Gomez, Shield #1207, of the Bronx Warrant Section may be served at 300 Gold Street, Brooklyn New York 11201.

      Thank you for your consideration herein.

                                      Respectfully submitted,

                                      /s/
                                    Giancarlo Martinez
                                    *Assistant Corporation Counsel*
                                    Special Federal Litigation

cc: **Via FIRST CLASS MAIL**
Wilson Lugo, DIN #19-A-1669
*Plaintiff Pro Se*
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929