UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
WILSON LUGO,                                             :
:
                       Plaintiff,          :
:      19-CV-6086 (VSB)
       -against-                               :
:      **ORDER**
:
CITY OF NEW YORK, et al.,                                :
:
                     Defendants.        :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The case management plan for this action set a post-discovery conference for February 11, 2022 at 3 pm.  (Doc. 54.)  However, I have since granted extensions of discovery deadlines that push the discovery window in this action beyond that February 11, 2022 date.  (*See* Doc. 57; Doc. 60.)  Accordingly, it is hereby

       ORDERED that the post-discovery conference scheduled for February 11, 2022 is CANCELLED.  By February 4, 2022, the parties are to file a letter informing me as to when they believe discovery will be completed in this action.

SO ORDERED.

Dated: January 10, 2022
       New York, New York

                                                                                Vernon S. Broderick
                                                                                United States District Judge