UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILSON LUGO,<br><br>                                   Plaintiff,<br>        -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                                  Defendants. | **ORDER TO PRODUCE INMATE FOR DEPOSITION**<br><br>19-cv-06086 (VSB) |

**THE HONORABLE VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE:**

      Upon the application of Defendants for leave to take the deposition of Plaintiff Wilson Lugo, an inmate within Sing Sing Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Sing Sing Correctional Facility produce inmate Wilson Lugo, DIN No. 19A1669, at a location within the facility for the taking of his deposition by video teleconference on **August 24, 2022, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Sing Sing Correctional Facility, so that his deposition may be taken.

**Dated:** August 4, 2022
       **New York, New York**

                                                     SO ORDERED.

                                                  **HON. VERNON S. BRODERICK**
                                                  **UNITED STATES DISTRICT JUDGE**