

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SEEMA KASSAB**
*Assistant Corporation Counsel*
phone: (212) 356-0827
skassab@law.nyc.gov

September 27, 2022

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.   10/04/22
>
> The post-discovery conference set for October 28, 2022 is adjourned until November 18, 2022 at 3:30 PM. The dial-in number is 888-363-4749 and the conference code is 2682448. The parties shall submit a joint status letter on November 4, 2022.

    Re:    Wilson Lugo v. City of New York, et al.
              19-cv-06086 (VSB)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for the defendants in the above-referenced matter. Defendants write to respectfully request that the Post-Discovery Conference currently scheduled on October 28, 2022 be adjourned to a date in November[1]. The reason for this request is that the undersigned will be out of the country on vacation and will return on October 31, 2022. Plaintiff consents to this request.

       Defendants thank the Court for its attention to this matter.

                                           Respectfully submitted,

                                           */s/ Seema Kassab*
                                           Seema Kassab
                                           *Assistant Corporation Counsel*
                                           Special Federal Litigation Division

---

[1] The undersigned is unavailable on November 3, 10, and 14 due to depositions and court conferences.

2

cc: **<u>BY ECF</u>**
Brian Dratch
*Attorney for Plaintiff*