UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
WILSON LUGO,  :
:
                Plaintiff,  :
: 19-CV-6086 (VSB)
     -against-  :
: **ORDER**
CITY OF NEW YORK, et al.,  :
:
              Defendants.  :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On February 10, 2023, I held a status conference in this action. Plaintiff's counsel indicated that he does not object to the summary judgment briefing schedule proposed by the Defendants in their February 2, 2023 letter. (Doc. 93.) Accordingly, it is hereby

ORDERED that Defendants shall file and serve their motion papers by March 20, 2023, Plaintiff shall file and serve his opposition papers, if any, by April 19, 2023, and Defendants shall file and serve their reply, if any, by May 3, 2023.

SO ORDERED.

Dated: February 10, 2023
       New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge