UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                   :

WILSON LUGO,                      :
                                   :

                  Plaintiff,     :
                                   :             19-CV-6086 (VSB)

       -against-          :
                                   :              **ORDER**

CITY OF NEW YORK, et al.,    :
                                   :

                Defendants.  :
                                   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Since counsel for Plaintiff has taken no action in this matter since May 31, 2023, (*see*

Doc. 105), it is hereby:

      ORDERED that by March 4, 2024, counsel for Plaintiff move to withdraw as counsel of

record, or file a letter informing me why he should remain as counsel of record.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the

Franklin Correctional Facility.

SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                       Vernon S. Broderick
                                       United States District Judge