UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
WILSON LUGO,                                             :
:
                        Plaintiff,   :
:      19-CV-6086 (VSB)
        -against-                                    :
:      **ORDER**
CITY OF NEW YORK, *et al.*,                              :
:
                     Defendants.   :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Pending before the Court is Plaintiff's motions for issuance of a summons to Detective Parchem. (Docs. 131, 133.) Defendants opposed the motions on September 8, 2025. (Doc. 140.) To date, Plaintiff has not filed a reply brief. If Plaintiff wishes to respond to the arguments raised by Defendants in their opposition brief, Plaintiff is directed to file a reply brief by October 17, 2025.

SO ORDERED.

Dated:   October 1, 2025
           New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge