UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
WILSON LUGO,                                               :
:
                Plaintiff,                    :
:    19-CV-6086 (VSB)
    -against-                                             :
:    **ORDER**
CITY OF NEW YORK, *et al.*,                                :
:
                Defendants.                   :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    Trial in the above-captioned case is scheduled to begin on February 2, 2026 at 10:00 a.m.

    IT IS HEREBY ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before December 8, 2025. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

    IT IS FURTHER ORDERED that any pretrial motions, including motions in limine, are due on or before December 15, 2025, with responses due on or before December 22, 2025.

    IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on January 26, 2026 at 2:00 p.m.

SO ORDERED.

Dated:    October 1, 2025
            New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge