UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                      :
WILSON LUGO,                                          :
                                                      :
                               Plaintiff,             :
                                                      :              19-CV-6086 (VSB)
               -against-                              :
                                                      :                  **ORDER**
CITY OF NEW YORK, *et al.*,                           :
                                                      :
                               Defendants.            :
                                                      :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Trial in the above-captioned case is scheduled to begin on February 2, 2026 at 10:00 a.m. Due to a criminal trial on the Court's docket that will likely continue into the currently scheduled start date for the trial in this case, this trial must be rescheduled.

IT IS HEREBY ORDERED that the parties submit a joint letter, by December 10, 2025, regarding their availability to reschedule the trial to April 6, 2026. If April 6, 2026 does not work for the parties, the parties shall propose alternative dates between April and June 2026.

IT IS FURTHER ORDERED that the time to file the joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda, currently due by December 8, 2025, and any pretrial motions, including motions in limine, currently due by December 15, 2025, shall be extended once the new trial date is set.

SO ORDERED.

Dated:     December 4, 2025
           New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge