UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
WILSON LUGO,                                            :
:
                                  Plaintiff,           :
:                               19-CV-6086 (VSB)
                   -against-                            :
:                                  **ORDER**
CITY OF NEW YORK, *et al*.,                             :
:
                                  Defendants.  :
:
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Trial in the above-captioned case, originally scheduled to begin on February 2, 2026, is rescheduled to begin on April 13, 2026 at 10:00 a.m.

IT IS HEREBY ORDERED that the parties' joint proposed *voir dire* questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before February 23, 2026.  In addition, those documents should be emailed as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that any pretrial motions, including motions *in limine*, are due on or before March 2, 2026, with responses due on or before March 9, 2026.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on April 6, 2026 at 2:00 p.m.

SO ORDERED.

Dated:    December 12, 2025
          New York, New York

_____
Vernon S. Broderick
United States District Judge