UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                           :

WILSON LUGO,                           :

                                   :

                      Plaintiff,   :

                                   :                19-CV-6086 (VSB)

            - against -       :

                                   :                  **ORDER**

                                   :

MICHAEL WERNER and PEDRO GOMEZ,  :

                                   :

                      Defendants.  :

                                   :
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' joint preliminary trial report, (Doc. 152, "JPTO"), as well as

Defendants' motion in limine, (Doc. 153.)  Pursuant to my December 12, 2025 scheduling order,

Plaintiff's response to Defendants' motion in limine was due yesterday, March 9, 2026.  (Doc.

149.)  However, Plaintiff did not file a timely response.  Moreover, in the JPTO, Defendants

object to the admissibility of several of Plaintiff's proposed exhibits,[1] all of which the

Defendants[2] have separately moved in limine to exclude, (Doc. 154 at 13–15), although neither

party has provided my Chambers with a copy of the disputed exhibits as required by my

Individual Rules.  Accordingly, it is hereby:

---

[1] Plaintiff does not appear to object to the admissibility of Defendants' proposed exhibit, the Plaintiff's pre-arraignment screening form, in the JPTO.  (Doc. 152 at 6.)  However, Plaintiff has not yet filed an opposition to Defendants' motion in limine.

[2] The "Defendants" refers to the only individual defendants who remain in this action:  Pedro Gomez and Michael Werner.  In the JPTO, the Defendants request that I amend the case caption to reflect that several of the defendants are no longer a party to this action.  (Doc. 152 at 1.)  Defendants have also moved *in limine* to amend the caption. (Doc. 154 at 7.)  On July 16, 2025, I issued an Opinion & Order dismissing all claims against the City of New York, Officers Fahy, Escobar, Parchen, Brugal, Parchen, and Valdez, and then-mayor Bill DeBlasio.  (Doc. 121.)  Therefore, only Michael Werner and Pedro Gomez remain as defendants in this action and the case caption is amended accordingly.

ORDERED that Plaintiff's time to respond to Defendant's motion in limine is extended *nunc pro tunc* to **March 13, 2026**. Any response filed after that deadline will be untimely and not considered.

IT IS FURTHER ORDERED that the parties meet and confer regarding (i) the objected to exhibits to attempt to narrow the final set of exhibits to which an objection will be raised and discuss proposed redactions and (ii) a proposed case summary that I will give to the jury during voir dire.

IT IS FURTHER ORDERED that, after the parties meet and confer to narrow the objected to exhibits, the parties provide my Chambers with (i) a final list and electronic copies—including copies with proposed redactions—of the disputed exhibits and (ii) the jointly proposed case summary by **March 16, 2026**.

The Clerk's Office is respectfully directed to change the case caption to *Wilson Lugo v. Michael Werner and Pedro Gomez*.

SO ORDERED.

Dated:     March 10, 2026
           New York, New York


Vernon S. Broderick
United States District Judge

2