UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                      :

WILSON LUGO,                    :

                     :

          Plaintiff,   :

                     :         19-CV-6086 (VSB)

       - against -       :

                     :          **ORDER**

                     :

MICHAEL WERNER and PEDRO GOMEZ,  :

                     :

       Defendants.  :

                     :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of the Plaintiff's request to issue four subpoenas for the production of

Plaintiff's medical records at trial with the appropriate medical authorizations from the following

entities: (i) Franklin Correctional Facility; (ii) Upstate University Hospital; (iii) Westchester

Medical Center; and (iv) NYC Health and Hospitals. (Doc. 158.) Plaintiff's subpoenas also

include a signed Authorization for Release of Health Information Pursuant to HIPAA for each of

the four entities to whom the subpoenas are directed. Accordingly, the Clerk's Office is

respectfully directed to sign the four subpoenas included in Doc. 158. Franklin Correctional

Facility, Upstate University Hospital, Westchester Medical Center, and NYC Health and

Hospitals are ORDERED to produce all medical records of Plaintiff Wilson Lugo in their

possession, custody, or control to the Records Management Unit at 500 Pearl Street, Room 370,

New York, New York, 10007 by April 13, 2026.

SO ORDERED.

Dated:     March 12, 2026
          New York, New York

                                Vernon S. Broderick
                                United States District Judge