UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                     :

WILSON LUGO,                        :

                                :

              Plaintiff,   :                 

                               :           19-CV-6086 (VSB)

        - against -        :

                               :              **ORDER**

                               :

MICHAEL WERNER and PEDRO GOMEZ,  :

                               :

             Defendants.  :

                               :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On March 17, 2026, I issued a memo endorsement requiring the parties to meet and confer and provide a status update, by March 24, 2026, regarding Defendants' objections to Plaintiff's proposed exhibits in the Proposed Joint Pretrial Order, (Doc. 152), the document production in response to Plaintiff's subpoenas, and any proposed redactions to Plaintiff's exhibits. (Doc. 163.) However, the parties have not filed an update or sent the proposed exhibits or proposed redactions to my Chambers. Accordingly, it is hereby ORDERED that the parties meet and confer and provide a status update by **March 30, 2026** regarding the document production, Defendants' objections to Plaintiff's proposed exhibits, and any proposed redactions to such exhibits.

SO ORDERED.

Dated:      March 25, 2026
             New York, New York

                                         Vernon S. Broderick
                                         United States District Judge

2

2