UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                   :

WILSON LUGO,                       :

                               :

             Plaintiff,    :

                               :          19-CV-6086 (VSB)

      -against-          :

                               :            **<u>ORDER</u>**

MICHAEL WERNER AND PEDRO   :
GOMEZ,                   :

                               :

            Defendants.  :

                               :

-------------------------------------------------------X
<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that Plaintiff's counsel shall contact (i) Zacharie Trombley, Superintendent of

Franklin Correctional Facility, Acting Superintendent; (ii) the Department of Corrections and

Community Supervision of the State of New York; (iii) Ricky J. Patel, United States Marshal for

the Southern District of New York, United States Courthouse, New York, New York, or his

Assistant; and (iv) the Warden of Metropolitan Detention Center as soon as possible to advise

them not to transport Plaintiff Wilson Lugo, currently detained in Franklin Correctional Facility,

in the custody of New York State Department of Corrections and Community Supervision, to the

Metropolitan Detention Center, as was previously directed in the Amended Writ of Habeas

Corpus ad Testificandum issued on March 26, 2026.

IT IS FURTHER ORDERED that the final pretrial conference, currently scheduled for

Tuesday, April 7, 2026 at 2:00 pm is canceled.

IT IS FURTHER ORDERED that the trial, currently scheduled to begin on Monday,

April 13, 2026, is canceled.

SO ORDERED.

Dated: April 3, 2026
       New York, New York

Vernon S. Broderick
United States District Judge